UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMY ARNOLD,

       **Plaintiff,**

   v.

COOPERSURGICAL, INC., et al.,

       **Defendants.**

Case No. 2:22-cv-1951
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiff Amy Arnold's Motion to Seal. (Pl. Mot., ECF No. 107.) For the reasons set forth below, the Court **DENIES without prejudice** Arnold's Motion to Seal.

While Arnold indicates her Motion is unopposed, the Court has an independent obligation to ensure a seal of presumptively public records is warranted. There is a "strong presumption in favor of openness" as to court records. *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983). The party seeking to seal the records bears a heavy burden to overcome the presumption of free access. *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). "Only the most compelling reasons can justify non-disclosure of public records." *In re Knoxville News–Sentinel Co.*, 723 F.2d 470, 476 (6th Cir. 1983). Therefore, the seal must be narrowly tailored and the proponent of sealing must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations." *Shane Grp., Inc.*, 825 F.3d at 305 (quoting *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 548 (7th Cir. 2002)).

Arnold does not sufficiently justify why the exhibits identified in her Motion should be sealed. It is not enough that her Motion is unopposed or that the exhibits are subject to the Parties'

protective order. *Shane Grp., Inc.*, 825 F.3d at 306–07. Accordingly, the Court **DENIES without prejudice** Arnold's Motion. Arnold is **DIRECTED** to file a renewed Motion to Seal **WITHIN SEVEN DAYS** of this Order that complies with the Sixth Circuit's standard for sealing a court filing.

Additionally, the Court **EXTENDS** the Parties' deadline to submit Confidential Settlement Assessments to **SEVEN DAYS** before the Settlement Conference scheduled in the Court's Order Setting Trial Date and Settlement Conference. (ECF No. 106.)

This case remains open.

**IT IS SO ORDERED.**

**5/31/2024**                       **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**