# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| AMY ARNOLD, <br> *Plaintiff* <br> v. <br> COOPERSURGICAL, INC., et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:22-CV-1951 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Opinion and Order filed 2/26/2025 the Court GRANTS CooperSurgical's Motion for Summary Judgment (ECF No. 115) and GRANTS UTMP's Motion for Summary Judgment (ECF No. 116). Femcare's Motion for Summary Judgment is DENIED AS MOOT. (ECF No. 114.) Ms. Arnold's Motion for Summary Judgment is DENIED. (ECF No. 109.) Because the Court concludes that Ms. Arnold's claim is preempted without relying on the disputed opinions of the Parties' expert witnesses, the Parties' motions to exclude various expert opinions are DENIED AS MOOT. (ECF Nos. 110, 111, 112, 117, 118, 119, 120.) And because no trial will occur, Ms. Arnold's Motion to Use Proposed Juror Questionnaire at Trial is also DENIED AS MOOT. (ECF No. 113.)

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 02/26/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk